**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7167**

———————

JAMES E. HARRISON,

                              Plaintiff - Appellant,

        versus

C. T. NULTY,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-97-575-AM)

———————

Submitted: August 13, 1998          Decided: August 28, 1998

———————

Before WIDENER and WILKINS, Circuit Judges and HALL, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James E. Harrison, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James E. Harrison seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A.§ 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Harrison v. Nulty, No. CA-97-575-AM (E.D. Va. July 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2